UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HAROUNA-KONATE,<br>      Petitioner, | Case No. 1:16-cv-982 |
| | Black, J. |
| vs. | Bowman, M.J. |
| DHS/ICE, et al.,<br>      Respondents. | **SUPPLEMENTAL REPORT<br>AND RECOMMENDATION** |

Petitioner filed a petition for a writ of habeas corpus in this action, arguing that he is entitled to relief because he has been detained for more than six months with no significant likelihood of actual removal in violation of *Zadvydas v. Davis*, 553 U.S. 678 (2001). (Doc. 1). On March 10, 2017, the undersigned issued a Report and Recommendation that the petition be denied because it appeared that petitioner's removal was significantly likely to occur in the foreseeable future. (*See* Doc. 10). The Report and Recommendation mailed to petitioner was returned to the Court as "return to sender unable to forward." (*See* Doc. 11).

On April 5, 2017, respondent filed a motion to dismiss this action for lack of jurisdiction. (Doc. 12). Respondent moves to dismiss the petition as moot because petitioner was deported on March 4, 2017.

For the reasons previously given in the Court's March 10, 2017 Report and Recommendation and because it now appears that petitioner has been deported, it is **RECOMMENDED** that respondent's motion (Doc. 12) be **GRANTED** and the petition for a writ of habeas corpus (Doc. 1) be **DENIED**.

   **IT IS SO RECOMMENDED.**

                              s/Stephanie K. Bowman
                              Stephanie K. Bowman
                              United States Magistrate Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

HAROUNA-KONATE,  
    Petitioner,

vs.

DHS/ICE, et al.,  
    Respondents.

Case No. 1:16-cv-982

Black, J.  
Bowman, M.J.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).