UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HAROUNA-KONATE, | : | Case No. 1:16-cv-982 |
| | : | |
| Petitioner, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| U.S. ATTORNEY GENERAL, *et al.*, | : | |
| | : | |
| Respondents. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 10)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on March 10, 2017, submitted a Report and Recommendation. (Doc. 10). Following the Report and Recommendation, Defendants filed a motion to dismiss for lack of jurisdiction on April 5, 2017, informing the Court that Petitioner had been deported. (Doc. 12). The Magistrate Judge submitted a supplemental Report and Recommendations on April 7, 2017. (Doc. 13).

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo*

all of the filings in this matter. Upon consideration of the foregoing, the Court agrees with the Report and Recommendation that this civil action is now moot following Petitioner's deportation.

Accordingly, it is **ORDERED** that respondent's motion to dismiss (Doc. 12) be **GRANTED** and the petition for a writ of habeas corpus (Doc. 1) be **DENIED**. The Clerk shall enter judgment accordingly, whereupon this case shall be **CLOSED.**

**IT IS SO ORDERED**.

Date: 4/10/17

*Timothy S. Black*
Timothy S. Black
United States District Judge